Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Douglas County District Court Nebraska

~~UNITED STATES DISTRICT COURT~~

for the

District of __________

__________ Division

Dontavius Levering

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

District 4 OF Omaha

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:23CV527

*(to be filled in by the Clerk's Office)*

Lawsuit

Jury Trial: *(check one)* ☒ Yes ☐ No

Demand Jury Trial in Omaha, Nebraska

Or other set Court

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 NOV 27 AM 10:59
OFFICE OF THE CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED
NOV 27 2023
CLERK
U.S. DISTRICT COURT

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dontavis Lovekind
Address: Lincoln Regional Center 801 West Prospecter Place
Lincoln NE 68522
City State Zip Code
County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Police Chief - O.P.D.
Job or Title *(if known)*
Address
Omaha NE 68102
City State Zip Code
County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Officer Bradford
Job or Title *(if known)*
Address
Omaha NE 68102
City State Zip Code
County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I Fill My Rights Are Violated Officer Bradford. Fired his Weapon with out me being Arm in danger with Fire Arm Weapon. Exsive Force I had went wrong way on Street that usally open I turned on A Street that usally open There was A Barricade up. I braked And honk horn For Saftey of the Children And Adults.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Whitmore Minna Luisa blv. North omaha NE. 68112

B. What date and approximate time did the events giving rise to your claim(s) occur?

10/31/2022 between (6pm. 8pm.)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Shot by Officer Bradford in face Also under my left shoulder shoulder. From O.P.D. It was night Halloween event every year. There Was large Crowd of Witnesses. There Also Video footage of the Incident.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Receaved Oral Surgey Nov 1 2022 shot FACE. Five teeth to my LEFT mouth was taking Also plate from my Jaw was shadder. Also gun shot wound Under My shoulder.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10,000,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ________________

Signature of Plaintiff ________________

Printed Name of Plaintiff ________________

### B. For Attorneys

Date of signing: ________________

Signature of Attorney ________________

Printed Name of Attorney ________________

Bar Number ________________

Name of Law Firm ________________

Address ________________

__________ *City* ______ *State* ______ *Zip Code*

Telephone Number ________________

E-mail Address ________________

Douglas County district Court Omaha NE 68102

Plaintiff: Dontavis Levering,
Deffendant: Officer Bradford CASE NO:
District 4 Of Omaha Ponited Counsol
And police cheiff OPD.

Pointed Counsol

Because of Difficult of Case of Obtan Investigation Report of Antumer Affars of the shot of Dontavis Levering. And video Footage of Slow\ braking And honking horn In a safe Manner



Douglas County distect Court
Omaha NE 68102

Plaintiff: Dontavius Levering
Deffendant: OFFICER Bradford
District 4 OF Omaha | CASE NO:
And police cheif OPD | Discovery:

Dontavius Levering
LinColn Regional Center
801 W. Prospector .Pl.
68522

quadient
FIRST-CLASS MAIL
11/21/2023
US POSTAGE $000.63º
ZIP 68508
041M12254246

RECEIVED
NOV 27 2023
CLERK
U.S. DISTRICT COURT

25-11-00

Clerk OF Court
Hruska Federal Court house
111 S. 18Th st Omaha NE. 68102

68102$2077 C016


Approved
BP