IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONTAVIUS LEVERING,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DISTRICT 41 OF OMAHA, POLICE CHIEF O.PD., and OFFICER BRADFORD,<br><br>　　　　　　　Defendants. | 8:23CV527<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the Court on the Motion to Proceed in Forma Pauperis, Filing No. 18, filed by Plaintiff Dontavius Levering. Plaintiff has already been granted leave to proceed in forma pauperis, Filing No. 9, and has paid the initial filing fee. Accordingly,

　　　IT IS ORDERED that Plaintiff's Motion to Proceed in Forma Pauperis, Filing No. 18, is denied as moot.

　　　Dated this 7th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge