IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DONTAVIUS LEVERING,

Plaintiff,

vs.

OFFICER BRYSON BLANDFORD, in his individual capacity;

Defendant.

**8:23CV527**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's "Motion for Continuance and Notice of Hearing" dated October 1, 2026, and filed on October 5, 2026. Filing No. 37. Plaintiff utilized a Nebraska state court form for his motion and simply asks "for a continuance for the matter set for 10-1-2026" as he is "unable to participate in said matter for the following reasons: Reason law library closed because of limited staff." Filing No. 37 at 1. The Court is uncertain what matter Plaintiff seeks to continue. If it was his deadline for replying to Defendant's response to the Court's September 16, 2026, order to show cause, *see* Filing Nos. 32 & 33, that deadline expired on September 28, 2026, and, thereafter, the Court entered an order and judgment dismissing this case with prejudice on September 30, 2026, Filing Nos. 35 & 36, all prior to the date Plaintiff submitted his current motion to the Court. As there are no outstanding October 1, 2026, deadlines to continue, and because this matter is closed and Plaintiff filed a notice of appeal, Filing No. 38, on October 14, 2026,

IT IS ORDERED that: Plaintiff's "Motion for Continuance and Notice of Hearing," Filing No. 37, is denied.

Dated this 2nd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge