IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONTAVIUS LEVERING,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER BRYSON BLANDFORD, in his individual capacity;<br><br>Defendant. | **8:23CV527**<br><br>**ORDER** |

This matter is before the Court on Plaintiff's motion for appointment of counsel. Filing No. 47. Plaintiff delivered his motion to this Court, but his motion is captioned in his pending appeal before the Eighth Circuit Court of Appeals in No. 26-3258. As Plaintiff's request for counsel is clearly intended for the Eighth Circuit, the Court will terminate the motion in this Court and transmit Plaintiff's motion to the Eighth Circuit.

Also attached to Plaintiff's motion is a letter indicating his initial partial appellate filing fee payment may be late due to issues in sending the payment from his institution and asking to "excuse the deadline." Filing No. 47 at 5. Upon consideration, the Court will grant Plaintiff's request and extend the deadline for payment of his initial partial appellate filing fee.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to terminate the motion event for Filing No. 47 and transmit Filing No. 47 to the Eighth Circuit Court of Appeals as a supplement to Plaintiff's notice of appeal.

2. Plaintiff's request for an extension of his deadline to pay his initial partial appellate filing fee is granted. Plaintiff shall have until **January 4, 2027**, to pay his initial partial appellate filing fee.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **January 4, 2027**: deadline for Plaintiff's initial partial appellate filing fee.

Dated this 18th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge